**Elroy LAMPKIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42342.**

Court of Criminal Appeals of Texas.

Feb. 11, 1970.

Tom Sands, Dallas (by Court appointment), for appellant.

Henry Wade, Dist. Atty., Al Walvoord, Ron Chapman, Malcolm Dade, Camille Elliott and James P. Finstrom, Asst. Dist. Attys., Dallas, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

The offense is robbery by assault; the punishment, ninety-nine years. This is a companion case with Thomas v. State, 451 S.W.2d 907, and Thornton v. State, 451 S.W.2d 898.

Appellant's two grounds for reversal are the same as the first and second grounds which were overruled in Thornton v. State, supra.

The judgment is affirmed.

ONION, Judge (concurring).

For the reasons set forth in this writer's concurring opinion in Thornton v. State, 451 S.W.2d 898, I concur in the results here reached.